UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
JUL - 1 2015
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Cause Number: |
| ) | |
| ANTHONY McDONALD, ) | |
| and ) | **4:15CR00310 AGF/TCM** |
| DEON ELAM, ) | |
| ) | |
| Defendants. ) | |

# INDICTMENT

### COUNT ONE

The Grand Jury charges that:

Between October, 2011 and May, 2015, in the Eastern District of Missouri and elsewhere, including the Central District of California, the defendants,

**ANTHONY McDONALD,
and
DEON ELAM,**

did knowingly and intentionally combine, conspire, confederate and agree with each other and other persons known and unknown to this Grand Jury, to commit offenses against the United States, to wit: to distribute and possess with the intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance drug, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846; and

1

<u>Quantity of Cocaine Involved in the Conspiracy</u>

With respect to both defendants, the amount of cocaine involved in the conspiracy attributable to each defendant as a result of their own conduct, and the conduct of other conspirators reasonable foreseeable to them, is five (5) kilograms or more, punishable under Title 21, United States Code, Section 841(b)(1)(A)(ii).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
JOHN T DAVIS, #40915MO
Assistant United States Attorney